# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 20, 2013

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

    Re:  Marc Clements, Warden
           v. Elliot Don Ray
           No. 12-1145
           (Your No. 11-3228)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 20, 2013 and placed on the docket March 20, 2013 as No. 12-1145.

                               Sincerely,

                               **William K. Suter**, Clerk

                               by

                               Melissa Blalock
                               Case Analyst